# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

ELPIDIO JUAREZ #120590 ,

      Petitioner,

  v.

J. JAEGER, Capt. and
DIANE MOEN, Officer,

      Respondents.

## JUDGMENT IN A CIVIL CASE

### Case No.: 08-cv-475-bbc

---

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

**JOEL TURNER**

---
**Joel Turner, Acting Clerk**

**/s/ M. Hardin**

---
**by Deputy Clerk**

      _____9/15/08_____
         **Date**